796

In the Matter of the Estate of BLAKE O. WELLS, Deceased. BETTY DURKIN, Appellant; MAUDE SMALL, Respondent.

Argued November 15, 1950; decided December 1, 1950.

*Jay T. Barnsdall, Jr.,* for appellant.

*Harry M. Brown* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Dissenting: LEWIS, J.